1  STEVEN G. ROSALES
   ATTORNEY AT LAW 222224
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX: 562/868-5491
5  E-MAIL: steven_rohlfinglaw@hotmail.com

6  Attorney for plaintiff

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MITCHELL, | Case No.: CV 07-07403 (E) |
| Plaintiff, | (~~PROPOSED~~) ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner Social Security, | |
| Defendant | |

TO THE HONORABLE CHARLES EICK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear her own costs and expenses, including but not limited to attorney's fees. *Let Judgment be entered accordingly.*

IT IS SO ORDERED.

DATE: 5/22/08

THE HONORABLE CHARLES EICK
UNITED STATES MAGISTRATE JUDGE

-1-