FILED
CLERK, U.S. DISTRICT COURT

MAY 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendants. | NO. CV 07-7403-E<br><br>JUDGMENT |

Pursuant to the "Order" executed on this date, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 22, 2008.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE